KINDRA DENEAU (State Bar No. 024156)
7135 East Camelback Rd., Suite 230
Scottsdale, Arizona 85251
Telephone:  (480) 306-5977
Facsimile:  (602) 626-3504
kdeneau@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Louis Bryant

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Bryant , <br><br>         Plaintiff, <br><br>     vs. <br><br> Portfolio Recovery Associates, L.L.C.; and DOES 1-10, inclusive, <br><br>        Defendants. | Case No.: CV 11-01737-PHX-SRB <br><br> **NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 6th day of October, 2011.


LEMBERG & ASSOCIATES, LLC

  */s/ Kindra Deneau*
KINDRA DENEAU

Attorney for Plaintiffs

1

**CERTIFICATE OF SERVICE**

2

3          I, the undersigned, certify and declare that I am over the age of 18 years, and

4   not a party to the above-entitled cause. On October 6, 2011, I served a true copy of

5   foregoing document(s): **NOTICE OF SETTLEMENT**.

6

7   **BY ELECTRONIC FILING:** I hereby        **Attorney for Defendants Portfolio**
    certify that on October 6, 2011, a copy of   **Recovery Associates, L.L.C.**
8   the foregoing document was filed
    electronically. Notice of this filing will be   Keith S. McGurgan, Esq.
9   sent by operation of the Court's electronic   Office of General Counsel
10  filing system to all parties indicated on     Portfolio Recovery Associates
    the electronic filing receipt. All other      140 Corporate Boulevard
11  parties will be served by regular U.S.        Norfolk, Virginia 23502
    Mail. Parties may access this filing
12  through the Court's electronic filing
13  system.

14

15

16          I am readily familiar with the firm's practice of collection and processing

17  correspondence for mailing. Under that practice it would be deposited with the U.S.

18
    Postal Service on that same day with postage thereon fully prepaid in the ordinary
19
20  course of business. I am aware that on motion of the party served, service is presumed

21  invalid if postal cancellation date or postage meter date is more than one day after the

22  date of deposit for mailing in affidavit.

23
24          I hereby certify that I am employed in the office of a member of the Bar of this

25  Court at whose direction the service was made.

26
27          Executed on October 6, 2011.

28
                                               3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

  _/s/ Joshua Markovits_
JOSHUA MARKOVITS
Paralegal to Kindra Deneau

4