IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Bryant,<br><br>            Plaintiff,<br><br>    v.<br><br>Portfolio Recovery Associates, L.L.C.,<br><br>            Defendant, | )<br>)      O R D E R<br>)<br>)      No. CIV-11-1737-PHX-SRB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

   Plaintiff having filed a Notice of Settlement;

   IT IS ORDERED that this matter will be dismissed with prejudice within 60 days of the date of this order unless a notice of dismissal is filed prior to the dismissal date.

   DATED this 11th day of October, 2011.

                              _____
                              Susan R. Bolton
                              United States District Judge