1  KINDRA DENEAU (State Bar No. 024156)
2  7135 East Camelback Rd., Suite 230
   Scottsdale, Arizona 85251
3  Telephone:  (480) 306-5977
4  Facsimile:  (602) 626-3504
   kdeneau@lemberglaw.com
5
6  *Of Counsel to*
   Lemberg & Associates LLC
7  A Connecticut Law Firm
8  1100 Summer Street
   Stamford, CT  06905
9  Telephone:  (203) 653-2250
10 Facsimile:  (203) 653-3424

11 Attorneys for Plaintiff,
12 Louis Bryant

13                UNITED STATES DISTRICT COURT
14                 FOR THE DISTRICT OF ARIZONA
15
   | Louis Bryant, | Case No.: CV 11-01737-PHX-SRB |
   |---|---|
   | Plaintiff, | |
   | vs. | **NOTICE OF DISMISSAL** |
   | Portfolio Recovery Associates, L.L.C.; and DOES 1-10, inclusive, | |
   | Defendants. | |

**NOTICE OF DISMISSAL**

Louis Bryant ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

---

CV 11-01737-PHX-SRB                                      NOTICE OF DISMISSAL

1 | RESPECTFULLY SUBMITTED this 16th day of November 2011.

4 | LEMBERG & ASSOCIATES, LLC

5 | /s/ Kindra Deneau
6 | KINDRA DENEAU

7 | Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On November 16, 2011, I served a true copy of foregoing document(s): **NOTICE OF DISMISSAL**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on November 16, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | Keith S. McGurgan, Esq.<br>Office of General Counsel<br>Portfolio Recovery Associates<br>140 Corporate Boulevard<br>Norfolk, Virginia 23502<br>**Attorney for Defendants Portfolio Recovery Associates, L.L.C.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

1 | Executed on November 16, 2011.

                                             */s/ Joshua Markovits*
                                             JOSHUA MARKOVITS
                                             Paralegal to Kindra Deneau

4